JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

KELLY DEWAYNE LAVINGE,

Petitioner,

v.

RALPH DIAZ, Secretary,

Respondent.

Case No. 2:20-cv-02026-TJH (AFM)

**JUDGMENT**

This matter came before the Court on the Petition of KELLY DEWAYNE LAVINGE, for a writ of habeas corpus.  Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED:  SEPTEMBER 17,  2020

TERRY J. HATTER, JR.
SENIOR UNITED STATES DISTRICT JUDGE